1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARTTI RUONA,

11          Plaintiff,                    No. CIV S-05-2630 DFL KJM PS

12      vs.

13   DEANNA McBRIDE, et al.,

14          Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16          This action was referred to the undersigned based on Local Rule 72-302(c)(21).

17   One defendant in this action was dismissed by order filed August 28, 2006.  Plaintiff has named

18   two other defendants in the complaint.  As provided by Federal Rule of Civil Procedure 4(m), the

19   court may dismiss an action where service of summons is not made within 120 days after the

20   filing of the complaint.  In the order filed May 2, 2006, plaintiff was advised that the two

21   remaining defendants had not been properly served, was afforded an additional sixty days to

22   complete service of process, and was cautioned that failure to do so would result in a

23   recommendation of dismissal.  Plaintiff also was cautioned that this action may be dismissed if

24   service of process is not accomplished within 120 days from the date that the complaint is filed.

25   See Fed. R. Civ. P. 4(m).  This action was filed December 28, 2005 and the 120 day time limit is

26   now long passed without proper service of summons on the remaining defendants.

1

1   A status conference was held before the undersigned on September 27, 2006.

2   Plaintiff failed to appear.  It appears plaintiff has abandoned this litigation.

3   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

4   These findings and recommendations are submitted to the United States District

5   Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

6   after being served with these findings and recommendations, any party may file written

7   objections with the court and serve a copy on all parties.  Such a document should be captioned

8   "Objections to Findings and Recommendations."  Any reply to the objections shall be served and

9   filed within ten days after service of the objections.  The parties are advised that failure to file

10   objections within the specified time may waive the right to appeal the District Court's order.

11   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12   DATED:  September 28, 2006.

13

14   _____
     UNITED STATES MAGISTRATE JUDGE

15

16

17   006
     ruona.4m.57
18

19

20

21

22

23

24

25

26

2