# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTTI RUONA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEANNA McBRIDE, et al.,<br><br>　　　　Defendants. | No. 2:05-CV-2630-RRB-KJM-PS<br><br>**ORDER** |

　　　　Plaintiff Martti Ruona ("Plaintiff"), proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

　　　　On September 29, 2006, Magistrate Judge Kimberly J. Mueller filed Findings & Recommendations (Docket 23) herein, which were served on the parties and which contained notice to the parties that any objections to the same were to be filed within ten days. Neither party has filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:05-CV-2630-RRB-KJM-PS

The Court has reviewed the file and finds the Findings & Recommendations (Docket 23) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 23**, filed on September 29, 2006, are adopted in full; and

2. This action is **DISMISSED**.

**ENTERED** this 21st day of June, 2007.

```
                    S/RALPH R. BEISTLINE
                    UNITED STATES DISTRICT JUDGE
```